LAURITZ I. GUDNESTAD, PLAINTIFF-PETITIONER, v. PENNSYLVANIA RAILROAD COMPANY, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Wilentz, Goldman, Spitzer & Sills* for the petitioner.

*Mr. George F. Lahey, Jr.,* and *Messrs. Cox & Walburg* for the respondents.

November 30, 1953. Granted.

ADA MUNSON, PLAINTIFF-RESPONDENT, v. ANNA MARIE JOHNSTON, DEFENDANT-PETITIONER.

*Mr. Ralph L. Fusco* for the petitioner.

*Messrs. Abramoff & Price* for the respondent.

November 30, 1953. Granted.